**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    ROBERT J. DAVIS, JR.
            SIERRA N. DAVIS


            FKA SIERRA SMALLWOOD
                            Debtor(s)
                                                    CHAPTER 13
            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                            Movant
            vs.
            ROBERT J. DAVIS, JR.                    CASE NO: 1-23-00822-HWV
            SIERRA N. DAVIS
            FKA SIERRA SMALLWOOD
                    Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**


AND NOW, on March 11, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    March 11, 2024                Respectfully submitted,

                                        /s/    Douglas R. Roeder, Esquire
                                        ID:  80016
                                        Attorney for Trustee
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   ROBERT J. DAVIS, JR.
         SIERRA N. DAVIS
         FKA SIERRA SMALLWOOD
                 Debtor(s)

                                      CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                 Movant

vs.
         ROBERT J. DAVIS, JR.               CASE NO: 1-23-00822-HWV
         SIERRA N. DAVIS
         FKA SIERRA SMALLWOOD
                 Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:     April 24, 2024
Time:    09:35 AM
         Sylvia H. Rambo United States Courthouse
         Bankruptcy Courtroom 4B, 4th Floor
         1501 North 6th Street
         Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 6540.00**
      **AMOUNT DUE FOR THIS MONTH: $1985.00**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $8525.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
> **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: March 11, 2024

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

In Re:  ROBERT J. DAVIS, JR.
        SIERRA N. DAVIS
        FKA SIERRA SMALLWOOD
                    Debtor(s)
                                                    CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                    Movant
        vs.
        ROBERT J. DAVIS, JR.                        CASE NO: 1-23-00822-HWV
        SIERRA N. DAVIS
        FKA SIERRA SMALLWOOD
                    Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 11, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER PA  17331-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
32 FIELD CIRCLE
CHAMBERSBURG  PA   17202

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 11, 2024

                            /s/  Liz Joyce
                            Office of the Standing Chapter 13 Trustee
                            Jack N. Zaharopoulos
                            Suite A, 8125 Adams Dr.
                            Hummelstown, PA  17036
                            Phone:  (717) 566-6097
                            email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ROBERT J. DAVIS, JR.
          SIERRA N. DAVIS
          AKA: FKA SIERRA SMALLWOOD
                                              CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                  Movant                      CASE NO: 1-23-00822-HWV

          vs.

          ROBERT J. DAVIS, JR.
          SIERRA N. DAVIS
          AKA: FKA SIERRA SMALLWOOD

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.