UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT J. DAVIS, JR.
SIERRA N. DAVIS

    Debtor(s) : CHAPTER 13

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS

    Respondent(s) : CASE NO. 1-23-bk-00822

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 16th day of May, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 3, 2024 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 16th day of May, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas G. Platt, Esquire
230 York Street
Hanover, PA 17331

/s/ Vickie Williams
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee