UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   ROBERT J. DAVIS, JR.
   SIERRA N. DAVIS
   FKA SIERRA SMALLWOOD
      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

vs.

ROBERT J. DAVIS, JR.      CASE NO: 1-23-00822-HWV
SIERRA N. DAVIS
FKA SIERRA SMALLWOOD
      Respondent(s)

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: October 23, 2024
Time: 09:35 AM
   Sylvia H. Rambo United States Courthouse
   Bankruptcy Courtroom 4B, 4th Floor
   1501 North 6th Street
   Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
  **AMOUNT DELINQUENT AS OF LAST MONTH: $ 4925.00**
  **AMOUNT DUE FOR THIS MONTH: $1555.00**
  **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $6480.00**

**NOTE:**
  **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

  **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any

other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
    CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   September 11, 2024         Respectfully submitted,

                                    /s/ Douglas R. Roeder, Esquire
                                    Id:  80016
                                    Attorney for Trustee
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
FKA SIERRA SMALLWOOD
   Debtor(s)

               CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

vs.

ROBERT J. DAVIS, JR.         CASE NO: 1-23-00822-HWV
SIERRA N. DAVIS
FKA SIERRA SMALLWOOD
   Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 11, 2024, I served a copy of this Amended Notice on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER PA  17331-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
32 FIELD CIRCLE
CHAMBERSBURG  PA  17202

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 11, 2024      /s/  Tammy Life
                  Office of the Standing Chapter 13 Trustee
                  Jack N. Zaharopoulos
                  Suite A, 8125 Adams Dr.
                  Hummelstown, PA  17036
                  Phone:  (717) 566-6097
                  email: info@pamd13trustee.com