United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 23-00822-HWV
Robert J. Davis, Jr.  Chapter 13
Sierra N. Davis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Mar 27, 2025    Form ID: pdf010    Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Denise L Carter, US Secretary of Education, 400 Maryland Ave, SW, Washington, DC 20202-0001 |
| | + | John C Gurganus, US Attorney, 1501 N 6th St, 2nd Floor, Harrisburg, PA 17102-1104 |
| | + | Pamela Bondi, US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5687572 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2025 18:52:43 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Sierra N. Davis ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Robert J. Davis Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| Paul C Bametzreider | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com dhiggins-king@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROBERT J DAVIS, JR | : | CASE NO. 1-23-bk-00822-HWV |
| SIERRA N DAVIS | : | |
| fka SIERRA SMALLWOOD | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| | : | |
| AIDVANTAGE ON BEHALF OF | : | |
| THE DEPARTMENT OF EDUCATION | : | |
| Claimant | : | |
| | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim #32 filed by the US Department of Education, Doc. 72, and no response having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #32 of the US Department of Education is disallowed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 26, 2025