UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  ROBERT J. DAVIS, JR.
        SIERRA N. DAVIS
        FKA SIERRA SMALLWOOD
                    Debtor(s)
                                              CHAPTER 13
        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                    Movant
vs.
        ROBERT J. DAVIS, JR.                  CASE NO: 1-23-00822-HWV
        SIERRA N. DAVIS
        FKA SIERRA SMALLWOOD
                    Respondent(s)


## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 9, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:   December 9, 2025                    Respectfully submitted,

                                             /s/   Douglas R. Roeder, Esquire
                                             ID:  80016
                                             Attorney for Trustee
                                             Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA 17036
                                             Phone:  (717) 566-6097
                                             email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   ROBERT J. DAVIS, JR.
        SIERRA N. DAVIS
        FKA SIERRA SMALLWOOD
              Debtor(s)

                                          CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
              Movant

vs.
        ROBERT J. DAVIS, JR.                      CASE NO: 1-23-00822-HWV
        SIERRA N. DAVIS
        FKA SIERRA SMALLWOOD
              Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: January 14, 2026 - Time:09:35AM

Sylvia H. Rambo United States Courthouse Bankruptcy Courtroom 4B, 4th Floor

1501 North 6th Street Harrisburg PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following a<u>nd have con</u>firmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 692.00**
   **AMOUNT DUE FOR THIS MONTH: $346.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1038.00**

**NOTE:**
    ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    December 9, 2025            /s/   Douglas R. Roeder, Esquire
                                                                                      ID:  80016
                                                                                      Attorney for Movant
                                                                                      Jack N. Zaharopoulos
                                                                                      Standing Chapter 13 Trustee
                                                                                      Suite A, 8125 Adams Drive
                                                                                      Hummelstown, PA 17036
                                                                                      Phone:  (717) 566-6097
                                                                                      email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   ROBERT J. DAVIS, JR.
         SIERRA N. DAVIS
         FKA SIERRA SMALLWOOD
                    Debtor(s)

                                            CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant
vs.
         ROBERT J. DAVIS, JR.                CASE NO: 1-23-00822-HWV
         SIERRA N. DAVIS
         FKA SIERRA SMALLWOOD
                    Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 9, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER PA  17331-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
32 FIELD CIRCLE
CHAMBERSBURG  PA  17202

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 9, 2025              /s/  Ashley Schott
                                     Office of the Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT J. DAVIS, JR.
            SIERRA N. DAVIS
            AKA: FKA SIERRA SMALLWOOD

CHAPTER 13

            Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant             CASE NO: 1-23-00822-HWV

vs.

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
AKA: FKA SIERRA SMALLWOOD

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.