UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT J. DAVIS, JR.
    SIERRA N. DAVIS
        Debtors

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
        Movant

        vs.

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
        Respondents

CHAPTER 13

CASE NO. 1:23-BK-00822-HWV

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

AND NOW, on 16th day of July, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Respectfully submitted,

Date: 07/16/2026

*/s/ Douglas R. Roeder, Esquire*

Attorney ID: 80016
Attorney for
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: (717) 566-6097
Email: droeder@pamd13trustee.com

IN RE:
    ROBERT J. DAVIS, JR.
    SIERRA N. DAVIS
        Debtors

    JACK N. ZAHAROPOULOS
    STANDING CHAPTER 13 TRUSTEE
        Movant

        vs.

    ROBERT J. DAVIS, JR.
    SIERRA N. DAVIS
        Respondents

CHAPTER 13

CASE NO. 1:23-BK-00822-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:   August 12, 2026
Time   9:35 AM
       Sylvia H. Rambo U.S. Courthouse
       Courtroom No. 4B, Fourth Floor
       1501 North 6th Street
       Harrisburg, PA  17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $692.00**
      **AMOUNT DUE FOR THIS MONTH: $346.00**
      **TOTAL AMOUNT DUE BEFORE HEARING DATE: $1,038.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and

**may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail,** mail to:
**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Respectfully submitted,

Date: 07/16/2026

*/s/ Douglas R. Roeder, Esquire*
Attorney ID: 80016
Attorney for
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 13
    ROBERT J. DAVIS, JR.
    SIERRA N. DAVIS                                       CASE NO. 1:23-BK-00822-HWV
        Debtors

    JACK N. ZAHAROPOULOS
    STANDING CHAPTER 13 TRUSTEE
        Movant

        vs.

    ROBERT J. DAVIS, JR.
    SIERRA N. DAVIS
        Respondents

## <u>ORDER DISMISSING CHAPTER 13 CASE</u>

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that

the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to

rule on any timely fee application.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                           CHAPTER 13

     ROBERT J. DAVIS, JR.
     SIERRA N. DAVIS                            CASE NO. 1:23-BK-00822-HWV
          Debtors

     JACK N. ZAHAROPOULOS
     STANDING CHAPTER 13 TRUSTEE
          Movant


          vs.


     ROBERT J. DAVIS, JR.
     SIERRA N. DAVIS
          Respondents

## CERTIFICATE OF SERVICE

       AND NOW, this 16th day of July, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail from Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

*VIA ELECTRONIC MAIL SERVICE ONLY*

OFFICE OF THE UNITED STATES
TRUSTEE
SYLVIA H. RAMBO UNITED STATES
COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA  17102

NICHOLAS G PLATT, ESQUIRE
MOONEY LAW
230 YORK STREET
HANOVER, PA  17331

*VIA FIRST-CLASS U.S.P.S. MAIL ONLY*

ROBERT J. DAVIS, JR.
SIERRA N. DAVIS
32 FIELD CIRCLE
CHAMBERSBURG, PA  17202

*/s/ Ashley Schott*
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee